UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02CR1(JBA)** |
| **MARIO LOPEZ** | : |

**ENDORSEMENT ORDER**

Government's motion to seal is GRANTED. The Clerk's Office is directed to seal the attached motions [Doc. #26-27].

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on December 12, 2006.